# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Bovorn Rungruangnavarat, et al.

Defendant.

Case No.: 1:14−cr−00548
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2019:

MINUTE entry before the Honorable Robert M. Dow, Jras to Bovorn Rungruangnavarat (2): Thai interpreter, Paul Littana interprets for the Defendant. Status hearing held and continued to 2/1/2019 at 10:30 a.m. Without objection, time is excluded to and including 2/1/2019 in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) − (B) and United States vs. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011). Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.