IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:14-cr-00548 |
| BOVORN RUNGRUANGNAVARAT, et al., | ) ) ) ) | Honorable Robert M. Dow, Jr. |
| Defendants. | ) ) | |

## AGREED ORDER

Pursuant to the order dismissing the Indictment against Defendant Bovorn Rungruangnavarat ("Defendant"), releasing Defendant from the conditions of pretrial release, and granting Defendant's oral motion to release his bond (*see* Doc. #38), it is further ORDERED that:

1. The Appearance Bond for Defendant (Doc. #30) is hereby ENDED and RELEASED.

2. The principal amount of the cash bond deposited on behalf of Defendant, plus interest, shall be returned to his counsel at the following address:

   Riley Safer Holmes & Cancila LLP
   c/o Ronald S. Safer
   70 W. Madison Street, Suite 2900
   Chicago, Illinois 60602

Date: February 4, 2019

_____
Honorable Robert M. Dow, Jr.
United States District Judge